MARY C. SMITH, Respondent, v. CITY OF AMSTERDAM, Appellant.

*Smith* v. *City of Amsterdam*, 78 Hun, 609, affirmed.
(Argued April 8, 1896; decided April 21, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 8, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee. (See *Miller* v. *City of Amsterdam, ante,* p. 288.)

*Edward P. White* for appellant.

*H. V. Borst* for respondent.

Judgment affirmed, with costs.
All concur.